**Order entered November 12, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00608-CR

**PHILLIP RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-42390-W**

## ORDER

The Court **REINSTATES** the appeal.

On August 13, 2013, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel William Bratton; (3) Mr. Bratton's explanation for the delay in filing appellant's brief is that appellant considered retaining different counsel, but ultimately continued with Mr. Bratton; and (4) Mr. Bratton indicated he required thirty days from the September 13, 2013 hearing to file appellant's brief.

We note that nearly sixty days have passed since the September 13, 2013 hearing, and appellant's brief has not yet been filed. Accordingly, we **ORDER** appellant to file his brief by

**DECEMBER 12, 2013**.  No further extensions will be granted.  If appellant's brief is not filed by the date specified, the Court will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; William Bratton; and the Dallas County District Attorney's Office.

/s/     DAVID EVANS
          JUSTICE